*Luzier v. Dept. of L&I*
No. 3:CV-06-1590 (M.D.Pa.)

ATTACHMENT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARLENE M. LUZIER, | : | |
| Plaintiff, | : | |
| | : | No. 3:06-CV-1590 |
| v. | : | |
| | : | (Judge Munley) |
| PENNSYLVANIA DEPARTMENT | : | |
| OF LABOR AND INDUSTRY, | : | Electronically Filed Document |
| | : | |
| Defendant. | : | |

## SPECIAL VERDICT QUESTIONS

1. Did plaintiff prove, by a preponderance of the evidence, that she was not promoted because of her gender?

    YES \_\_\_\_\_        NO \_\_\_\_\_

If your answer to Question No. 1 is "NO", please proceed to Question No. 3.
If your answer to Question No. 1 is "YES", please proceed to Question No. 2.

2.  If you answered "Yes" to question number 1, what amount of damages, if any, will compensate plaintiff for the injury she sustained from the gender discrimination you found?

$_____  - Lost Wages

$_____  - Pain and Suffering

$_____  - Total Damages

Please proceed to Question No. 3.

2

3. Did plaintiff prove, by a preponderance of the evidence that she was subjected to a pattern of sexual harassment that was so severe and pervasive so as to create an abusive working environment based on gender?

YES _____   NO _____

If your answer to Question No. 3 is "NO", please sign the special verdict form at the bottom of page 6 and return to the courtroom.
If your answer to Question No. 3 is "YES", proceed to Question number 4.

3. Did plaintiff prove, by a preponderance of the evidence that her working environment became so intolerable that a reasonable person would have felt compelled to resign?

        YES \_\_\_\_\_        NO \_\_\_\_\_

If your answer to Question No. 3 is "YES", proceed to Question No. 4.

If your answer to Question No. 3 is "NO", proceed to Question No. 5.

4

4.    If you answered "Yes" to question number 3, what amount of damages, if any, will compensate plaintiff for the injury she sustained from the sexually hostile work environment you found?

        $_____ - Lost Wages

        $_____ - Pain and Suffering

        $_____ - Total Damages

Please sign the verdict form at the bottom of page 6 and return to the courtroom.

5

5.  If you answered "Yes" to question number 3, what amount of damages, if any, will compensate plaintiff for the injury she sustained from the sexually hostile work environment you found?

If you answered "NO" to Question NO. 3, you cannot award any damages for lost wages or benefits and should not answer Question No. 4. However, you may award the plaintiff damages for pain and suffering which resulted from a sexually hostile work environment.

$ _____

Please sign the verdict form and return to the courtroom.

_____
**JURY FOREPERSON**

**DATED:** _____, 2008